STATE OF CONNECTICUT *v.* RICHARD L. HAFNER

The motion by the defendant to dismiss the cross appeal from the Superior Court in New London County is denied.

*Juri E. Taalman,* for the appellant (defendant).

*Edmund W. O'Brien,* state's attorney, for the appellee (state).

Argued May 2—decided May 2, 1972

CARMEN MANCINI ET AL. *v.* METROPOLITAN DISTRICT

JOHN LACAPRA *v.* METROPOLITAN DISTRICT

The motion by the plaintiffs to set aside the judgments of the trial court in their appeals from the Superior Court in Hartford County is dismissed.

*Charles W. Page,* for the appellee (defendant).

No appearance for any other party.